JS-6

1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   IRVING MURILLO GARCIA, an              Case No. 2:20-cv-05657-GW
     individual,
12                                          [~~PROPOSED~~] ORDER APPROVING
              Plaintiff,                    STIPULATION OF DISMISSAL WITH
13                                          PREJUDICE
14         v.
                                            Complaint Filed:   May 8, 2020
15   SKY CHEFS, INC. D/B/A LSG SKY          Trial Date:        June 15, 2021
     CHEFS, a Corporation; and DOES 1
16   through 50, inclusive,                 District Judge:   Hon. George H. Wu
                                            Courtroom: 9D, First St.
17            Defendants.                   Magistrate Judge: Hon. Sheri Pym
                                            Courtroom: 3, Riverside
18

19

20

21

22

23

24

25

26

27

28

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Stipulation of plaintiff Irving Murillo Garcia and defendant Sky Chefs, Inc. (collectively, the "Parties"), IT IS HEREBY ORDERED that:

1.     All claims for relief in the instant action brought by and on behalf of plaintiff Irving Murillo Garcia are hereby dismissed with prejudice;

2.     Since all claims for relief herein have been dismissed with prejudice, the entire action is hereby dismissed; and

3.     The Parties shall bear costs and attorneys' fees pursuant to the written agreement of the Parties.

Dated: __March 18, 2021__

_____
Honorable George H. Wu
UNITED STATES DISTRICT JUDGE

46016485.1

46016485.1